[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

BRIDGETTE VILLANUEVA )
)
_____, )
)   16CV10056
Plaintiff(s), )   JUDGE THARP JR
)   MAG. JUDGE ROWLAND
vs. )
CHICAGO Housing Authority )
C.V.R. Housing Consultants Inc. )
CHERMAINE JOHNSON-DAVIS, )
DAVID GHERHI )
TAMELA ORTEGA-ZAPATA. )
Defendant(s). )

RECEIVED

OCT 26 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is BRIDGETTE VILLANUEVA.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, **CHICAGO HOUSING AUTHORITY Consultants CHERMAINE · JOHNSON DAIS**, is
(name, badge number if known)

☐ an officer or official employed by _____;
(department or agency of government)
_____or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **CHICAGO Housing Authority - C.V.R.**. As to plaintiff's federal constitutional claims, **Housing Consultant for CHA CHCO. Housing Authorit** the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **4/14/14**, at approximately **9:30** ☒ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of _____, in the County of **Cook**,
State of Illinois, at _____,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☒ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☐ Other:
**DEFENDANTS FAILED TO SUBMIT DOCUMENTS**
**PLAINTIFF'S HOUSING GRANT WAS CANCELLED ~ RESCIND**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

DEFENDANT FAILED TO SUBMIT PROOF SENT TO OFFICE OF ATTORNEY GENERAL, LISA MADIGANS. PLAINTIFF IN COMPLIANCE WITH FEDERAL HOUSING POLICY AND REGULATION.

7. Defendant/officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): CHA/CVR. POLICY FOLLOWS PARTICIPANTS WILL NOT BE SUSPENDED/TERMINATED WHILE CHA (AGENCY) CHOICE VOUCHER PROGRAM IS IN LEASING PROCESS. DIR DAVID GLEICHI AT HIS DISCRETION GRANTED EXTENSION IF NEEDING MORE TIME FOR EXTENSION AND REASONABLE ACCOMODATION PLAINTIFF (DISABLE)

8. Plaintiff was charged with one or more crimes, specifically:

a. VIOLATION OF FEDERAL HOUSING REGULATION/CHA HOUSING POLICIES AND PROCEDURE.

b. FAILING FAMILY OBLIGATIONS TO NOTIFY CHA/OWNER BEFORE MOVE OUT OF UNIT.

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows DEFENDANT MADE FALSE STATEMENTS WRITTEN & SPOKEN ABOUT PLAINTIFF. DEFENDANTS FAILED TO SUBMIT PROOF TERMINATION WAS CANCELLED — RESCIND

☐ Other: SUBMIT DOCUMENTS SENT TO ATTORNEY GENERAL PLAINTIFF IN COMPLIANCE WITH FEDERAL/CHA REGULATION

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

PLAINTIFF TERMINATION FROM PARTICIPATING IN CHA HOUSING PROGRAM. TERMINATION WAS CANCELLED-RESCIND

A. FOR NOT COMPLYING WITH FEDERAL REGULATIONS AND CHA POLICIES AND PROCEDURES.

B. FAILING TO SUBMIT RTA (RENT TENANCY APPROVAL PACKET) BEFORE VOUCHER EXPIRES / TERMINATION

C. FAILING TO FIND APARTMENT BEFORE VOUCHER TERMINATION.

D. FAILING TO NOTIFY CHA AGENCY / OWNER BEFORE MOVING OUT 9139 S. BUFFALO ST. 2nd fl UNIT. CHICAGO, IL. 60619. OWNER Timothy Robison

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

HOMELESS AND DISABLE SINCE OCT. 31, 2013. PLAINTIFF (VILLANUEVA) SLIPPED + FELL DOWN UNITS OUTSIDE STAIRS BREAKING C-2 NECK - SPINE PRESENTLY HAS ON GOING MEDICAL TREATMENT

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

Case: 1:16-cv-10056 Document #: 1 Filed: 10/26/16 Page 5 of 5 PageID #:5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

*[Handwritten annotations above line 14:]* VERBALLY ... COLLUSION

*[Handwritten below:]* FRAUD. USING PARTICIPANT, VILLANUEVA VOUCHER WHILE PARTICIPANT IS HOMELESS AND UNDER GOING MEDICAL TREATMENT AGENCY MADE 8 MOS. OF RENT OVER PAYMENTS TO CONDEMN UNIT.

WHEREFORE, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Bridgette Villanueva*
Plaintiff's name (print clearly or type): c/o VENUS HAMPTON. BRIDGETTE VILLANUEVA
Plaintiff's mailing address: 251 W. 37th. PL. #393
City: CHICAGO  State: IL  ZIP: 60609
Plaintiff's telephone number: (773) 984-0323
Plaintiff's email address *(if you prefer to be contacted by email)*: _____

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

If yes, please list the cases below.

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]